| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MATTHEW A. LESNICK (SBN 177594)<br>  matt@lesnickprince.com<br>LESNICK PRINCE & PAPPAS LLP<br>315 W. Ninth Street, Suite 705<br>Los Angeles, CA  90015<br>Telephone:   (213) 493-6496<br>Facsimile:   (213) 493-6596<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*  Plaintiff and Counter-Defendant Lesnick Prince & Pappas LLP | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>ALEXANDER DAVID SHOHET & BERNADINE FRANCIS FRIED,<br><br>                                                                         Debtor(s). | CASE NO.: 2:16-bk-24333-BR<br>CHAPTER: 11<br>ADVERSARY NO.: 2:23-ap-01513-BR |
|---|---|
| LESNICK PRINCE & PAPPAS LLP,<br><br>                                                                         Plaintiff(s),<br><br>vs.<br><br>HOWARD C. SAMUELS, an individual, and ALEXANDER DAVID SHOHET & BERNADINE FRANCIS FRIED, individuals,<br><br>                                                                         Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]):  STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING |

PLEASE TAKE NOTE that the order or judgment titled ORDER APPROVING STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING

was lodged on (*date*) 07/01/2024 and is attached.  This order relates to the order which is docket number   16  .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 9021-1.2.ADV.NOTICE.LODGMENT**

1  MATTHEW A. LESNICK (SBN 177594)
       matt@lesnickprince.com
2  LESNICK PRINCE & PAPPAS LLP
   315 W. Ninth Street, Suite 705
3  Los Angeles, CA  900015
   Telephone: (213) 493-6496
4  Facsimile:  (213) 493-6596

5  Counsel for Plaintiff and Counter-Defendant
   Lesnick Prince & Pappas LLP

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ALEXANDER DAVID SHOHET &<br>BERNADINE FRANCIS FRIED,<br><br>　　　　　　　　Debtors. | Case No. 2:16-bk-24333-BR<br><br>Chapter 11<br><br>Adv. No: 2:23-ap-01513-BR |
| LESNICK PRINCE & PAPPAS LLP<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>HOWARD C. SAMUELS, an individual, and<br>ALEXANDER DAVID SHOHET &<br>BERNADINE FRANCIS FRIED, individuals,<br><br>　　　　　　　　Defendants. | **ORDER APPROVING STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING**<br><br>Status Conference:<br>Date:　July 16, 2024<br>Time:　10:00 a.m.<br>Place:　Courtroom 1668<br>　　　　255 E. Temple St.<br>　　　　Los Angeles, CA 90012 |
| HOWARD C. SAMUELS,<br><br>　　　　　　　　Counter-Claimant,<br><br>　v.<br><br>LESNICK PRINCE & PAPPAS LLP,<br>ALEXANDER DAVID SHOHET &<br>BERNADINE FRANCIS FRIED,<br><br>　　　　　　　　Counter-Defendants. | |

Plaintiff and Counter-Defendant Lesnick Prince & Pappas LLP ("LPP"), Defendant and Counter-Claimant Howard C. Samuels ("Samuels"), and Defendants Alexander David Shohet ("Shohet") and Bernadine Francis Fried ("Fried") filed a Stipulation for Dismissal of Adversary Proceeding (the "Stipulation"). [Adv. Proc. Docket No. 16.].

The Court, having reviewed the Stipulation and the entire record in this case, and good cause appearing,

**IT IS ORDERED** that:

1. The Stipulation is approved.

2. This adversary proceeding is hereby dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

3. The continued status conference scheduled for July 16, 2024 and any further proceedings scheduled in this matter are vacated.

###

 **Adversary LODGED ORDER UPLOAD FORM**

Monday, July 01, 2024

CONFIRMATION :

Your Lodged Order Info:
( **11304723.docx** )
  A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  Lesnick Prince & Pappas LLP v. Samuels et al
- **Case Number**:  23-01513
- **Judge Initial**:  BR
- **Case Type**:  ap ( Adversary )
- **Document Number**:  16
- **On Date**:  07/01/2024 @ 01:29 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/01/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - **Michael F Chekian**  mike@cheklaw.com, chekianmr84018@notify.bestcase.com
   - **Derrick F Coleman**  derrick@colemanfrost.com, melissa@colemanfrost.com;marissa@colemanfrost.com
   - **Matthew A Lesnick**  matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
   - **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/01/2024 | Janet A. Mack | /s/Janet A. Mack |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.